764

*man*, Assistant District Attorney, with him *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hendrickson, Appellant.

Submitted December 7, 1970. *John P. Penders*, and *Marshall, Dennehey & Warner*, for appellant; *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hendrickson, Appellant.

Argued December 11, 1970. *John P. Penders*, with him *Marshall, Dennehey & Warner*, for appellant; *Louis A. Perez, Jr.*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hester, Appellant.